966

No. 87–5147. MILLS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–5179. CALLES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–5244. PENA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–5251. LEE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 87–5295. JEWELL v. KASSULKE, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 87–5316. DAVIS v. XEROX CORP. C. A. 9th Cir. Certiorari denied.

No. 87–5365. SMITH v. OREGON. Ct. App. Ore. Certiorari denied.

No. 87–5402. MORENO MORALES v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 87–5413. SALVADOR v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 87–5440. KELLY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–5526. MAHDAVI v. DIRECTOR, VETERANS ADMINISTRATION. C. A. 9th Cir. Certiorari denied.

No. 87–5545. BAIG v. UNITED STATES IMMIGRATION AND NATURALIZATION SERVICE. C. A. 4th Cir. Certiorari denied.

No. 87–5573. BURY v. CITY OF LAKELAND, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 87–5574. BRUCE v. LUKE V. BELLANGER, INC. C. A. 5th Cir. Certiorari denied.

No. 87–5576. RIOS v. VETERANS ADMINISTRATION. C. A. Fed. Cir. Certiorari denied.